# EXHIBIT 1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

PENNSYLVANIA

**COMMONWEALTH OF PENNSYLVANIA,** CRIMINAL DIVISION

**CC NO. 2013-09305**
CC NO. 2013-09303

vs.

NON-JURY TRIAL

**BEYSHAUD EL**
WILL EL

BEFORE THE HONORABLE:
**KEVIN SASINOSKI**

Defendants.

Date: **April 15, 2014**

REPORTED BY:
**TERESA M. BENSON**
**OFFICIAL COURT REPORTER**

**COUNSEL OF RECORD:**

FOR THE COMMONWEALTH:
**KRISTEN PAULI, A.D.A.**

FOR DEFENDANT BEYSHAUD EL:
**JASON NARD, ESQ.**

FOR DEFENDANT WILL EL:
**CELESTE WHITEFORD, ESQ.**


COPY

TERESA M. BENSON, OFFICIAL COURT REPORTER

1  persuasive because the conviction for a
2  summary was sustained there and affirmed.
3  It was just remanded for sentencing.
4      MS. WHITEFORD:  I think I presented
5  this, Your Honor, more as the language in
6  some of them is interesting to me when it
7  talks about, you know, society tolerating
8  a fair amount of, you know, conversation,
9  whatever.  This is a topic in Zone 5.
10     THE COURT:  Well, I'm not here to
11 address topics in Zone 5, Zone 4, anywhere
12 in the City of Pittsburgh.  I saw clearly
13 on the video, one of the Defendants take a
14 punch and swing at the officer.  That was
15 very evident and very visible.
16     They were instructed time and time
17 again to remain on the sidewalk and not
18 get up and they repeatedly got up at least
19 two to three times.  They disregarded
20 those directives until the police business
21 was done.
22     And then once the police business was
23 done, I guess they would have been free to
24 go or they would have been charged or
25 whatever.

```
 1                MS. WHITEFORD:  I disagree that they
 2       were ever going to be free to go.
 3                THE COURT:  Well, you're making an
 4       argument that's not a legal argument.
 5       You're making an argument which is a
 6       societal comment, and I can't respond to
 7       your commentary.
 8                I have -- I just can't respond, and I
 9       won't respond to it.
10                MS. WHITEFORD:  I didn't see a punch.
11                THE COURT:  I did.  And I'm the
12       factfinder.  It is obvious that one of
13       them wound up and took a swing at the
14       officer.  That punch is clear.  I have
15       seen it time and time again.
16                Your other witness showed -- she said
17       she was at the end by that church sign
18       where an officer pulled a baton.  I have
19       watched this film at least maybe a half
20       dozen times.  I haven't seen an officer in
21       the area of that church on the sidewalk 50
22       feet away pull out a baton and threaten
23       anyone, let alone the defense witness who
24       came in today who is related to the two
25       Defendants.  I just didn't see that.
```

TERESA M. BENSON, OFFICIAL COURT REPORTER

| | |
|---|---|
| 1 | I could watch it over and over and |
| 2 | over, unless there is more.  I'm sure that |
| 3 | if there was another tape, you would have |
| 4 | presented it and showed it to me. |
| 5 | Bring your clients forward, please. |
| 6 | MR. NARD:  Your Honor, while we are |
| 7 | doing that, I would point out for the |
| 8 | record two things. |
| 9 | One, the video showed Mr. Will El, my |
| 10 | client, getting up one time and that's |
| 11 | when he was attacked. |
| 12 | THE COURT:  Three times perhaps |
| 13 | collectively, if I misspoke.  There were |
| 14 | at least three times that I saw someone -- |
| 15 | one of the two gentlemen get up as they |
| 16 | were seated.  They were very animated.  It |
| 17 | was obvious they were having a very |
| 18 | animated discussion, gesturing, reaching |
| 19 | for the sidewalk, throwing things on the |
| 20 | sidewalk, picking them up. |
| 21 | It was obvious that they disregarded |
| 22 | the police commands to just remain there |
| 23 | until she had an opportunity to |
| 24 | investigate.  That's what is obvious to me |
| 25 | in the video. |