# EXHIBIT 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



Docket Number: CP-02-CR-0009305-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Beyshaud El

Page 1 of 5

### CASE INFORMATION

| | |
|---|---|
| Judge Assigned: Sasinoski, Kevin G. | Date Filed: 07/12/2013   Initiation Date: 07/02/2013 |
| OTN: G 598858-1   LOTN: | Originating Docket No: MJ-05003-CR-0006772-2013 |
| Initial Issuing Authority: Donna Jo McDaniel | Final Issuing Authority: |
| Arresting Agency: Pittsburgh Police Dept | Arresting Officer: Warnock, Ryan A. |
| Complaint/Incident #: 13129741 | |
| Case Local Number Type(s) | Case Local Number(s) |

### STATUS INFORMATION

Case Status: Closed

| Status Date | Processing Status |
|---|---|
| 04/15/2014 | Sentenced/Penalty Imposed |
| 04/15/2014 | Awaiting Sentencing |
| 09/27/2013 | Awaiting Non-Jury Trial |
| 08/23/2013 | Awaiting Pre-Trial Conference |
| 07/12/2013 | Awaiting Formal Arraignment |
| 07/12/2013 | Awaiting Filing of Information |

Arrest Date: 07/02/2013

Complaint Date: 07/02/2013

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Motions Court | 07/30/2013 | 11:00 am | Courtroom 324 | President Judge Jeffrey A. Manning | Moved |
| Motions Court | 07/30/2013 | 11:00 am | Courtroom 514 | Judge Edward J. Borkowski | Scheduled |
| Formal Arraignment | 08/23/2013 | 9:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 09/27/2013 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Scheduled |
| Non-Jury Trial | 12/16/2013 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Continued |
| Non-Jury Trial | 02/10/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Continued |
| Non-Jury Trial | 03/05/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Moved |
| Non-Jury Trial | 04/15/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Scheduled |

### DEFENDANT INFORMATION

Date Of Birth:   11/26/1994   City/State/Zip: Pittsburgh, PA  15208

Alias Name
El, Beyshaud Diggs

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | El, Beyshaud |

CPCMS 9082   Printed: 10/05/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



Docket Number: CP-02-CR-0009305-2013
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Beyshaud El

Page 2 of 5

### BAIL INFORMATION

**El, Beyshaud**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 07/03/2013 | ROR | | $0.00 | | |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | S | 18 § 2709 §§A1 | Harassment - Subject Other to Physical Contact | 07/02/2013 | G 598858-1 |

### DISPOSITION SENTENCING/PENALTIES

**Disposition**
　Case Event　　　　　　　　　　　　　　Disposition Date　　　　　　　Final Disposition
　　Sequence/Description　　　　　　　　　Offense Disposition　　　　　　Grade　Section
　　　Sentencing Judge　　　　　　　　　　Sentence Date　　　　　　　　Credit For Time Served
　　　　Sentence/Diversion Program Type　　Incarceration/Diversionary Period　Start Date
　　　　　Sentence Conditions

**Held for Court (Lower Court)**　　Defendant Was Present
　Lower Court Disposition　　　　　　　　　07/09/2013　　　　　　　　　Not Final
　　1 / Harassment - Subject Other to Physical Contact　　Held for Court (Lower Court)　　S　　18 § 2709 §§ A1

**Proceed to Court**
　Information Filed　　　　　　　　　　　　08/16/2013　　　　　　　　　Not Final
　　1 / Harassment - Subject Other to Physical Contact　　Proceed to Court　　S　　18 § 2709 §§ A1

**Guilty**
　Non-Jury Trial　　　　　　　　　　　　　04/15/2014　　　　　　　　　Final Disposition
　　1 / Harassment - Subject Other to Physical Contact　　Guilty　　S　　18 § 2709 §§ A1
　　　Sasinoski, Kevin G.　　　　　　　　04/15/2014　　　　　　　　　1 Days
　　　　Confinement　　　　　　　　　　　Other　　　　　　　　　　　04/15/2014
　　　　　Defendant is to be paroled forthwith.
　　　　　NON-REPORTING PAROLE
　　　　　Defendant is to pay a $100 fine.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



Docket Number: CP-02-CR-0009305-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Beyshaud El

Page 3 of 5

| **COMMONWEALTH INFORMATION** | **ATTORNEY INFORMATION** |
|---|---|
| Name: Julie Anne Motheral | Name: M. Celeste Whitefo Robertson, Esq. |
| Assistant District Attorney | * |
| | Private |
| Supreme Court No: 311389 | Supreme Court No: 085536 |
| Phone Number(s): | Rep. Status: Lower Court |
| 412-350-4407  (Phone) | Phone Number(s): |
| Address: | 412-608-7133  (Phone) |
| Allegheny CO Da's Ofc | 608-713-3  (Phone) |
| 303 Courthouse | 412-391-8260  (Other) |
| Pittsburgh, PA  15219 | 412-566-2660  (Other) |
| | Address: |
| | 428 Forbes Ave Ste 2210 |
| | Pittsburgh, PA  15219-1618 |
| | Representing: El, Beyshaud |
| | *Entry of Appearance Not Filed* |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/03/2013 | | E-Filing Judge |
| Bail Set - El, Beyshaud | | | |
| 1 | 07/12/2013 | | Court of Common Pleas - Allegheny County |
| Original Papers Received from Lower Court | | | |
| 1 | 07/23/2013 | | Robertson, M. Celeste Whitefo |
| Motion for Release of Discovery Tape | | | |
| 1 | 08/16/2013 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 2 | 08/16/2013 | | Allegheny County District Attorney's Office |
| Commonwealth Motion - Rule 582 - Joinder Rule | | | |
| 1 | 08/23/2013 | | Whiteford, Mary Celeste |
| Entry of Appearance | | | |
| 1 | 11/13/2013 | | Whiteford, Mary Celeste |
| Omnibus Pre-Trial Motion | | | |

CPCMS 9082     Printed: 10/05/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY**

**DOCKET**



Docket Number: CP-02-CR-0009305-2013
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Beyshaud El

Page 4 of 5

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/01/2014 | | Allegheny County District Attorney's Office |
| Proposed Findings of Fact/Conclusions of Law | | | |
| 1 | 04/03/2014 | 04/01/2014 | Sasinoski, Kevin G. |
| Order Denying Motion to Suppress and Dismiss Charges | | | |
| 1 | 04/15/2014 | | Sasinoski, Kevin G. |
| Guilty | | | |
| 2 | 04/15/2014 | | Sasinoski, Kevin G. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 04/29/2014 | | Court of Common Pleas - Allegheny County |
| Penalty Assessed | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0009305-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Beyshaud El

Page 5 of 5

### CASE FINANCIAL INFORMATION

Last Payment Date: 03/05/2015                                     Total of Last Payment: -$5.00

**El, Beyshaud**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| ATJ | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| CJES | $2.25 | $0.00 | $0.00 | $0.00 | $2.25 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $8.25 | $0.00 | $0.00 | $0.00 | $8.25 |
| County Court Cost (Act 204 of 1976) | $30.50 | $0.00 | $0.00 | $0.00 | $30.50 |
| Court Technology Fee (Allegheny) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | -$20.00 | $0.00 | $0.00 | $15.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| JCPS | $10.25 | $0.00 | $0.00 | $0.00 | $10.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| Record Management Fee (Allegheny) | $2.00 | $0.00 | $0.00 | $0.00 | $2.00 |
| Record Management Fee (Allegheny) | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| State Court Costs (Act 204 of 1976) | $8.25 | $0.00 | $0.00 | $0.00 | $8.25 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Costs/Fees Totals: | $156.20 | -$20.00 | $0.00 | $0.00 | $136.20 |
| **Fines** | | | | | |
| Title 18 - Payable to Municipality | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Fines Totals: | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Grand Totals: | $256.20 | -$20.00 | $0.00 | $0.00 | $236.20 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0009303-2013
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Will  El

Page 1 of 5

## CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Sasinoski, Kevin G. | Date Filed: 07/12/2013 | Initiation Date: 07/02/2013 |
| OTN: G 598857-0   LOTN: | Originating Docket No: MJ-05003-CR-0006770-2013 | |
| Initial Issuing Authority: Donna Jo McDaniel | Final Issuing Authority: | |
| Arresting Agency: Pittsburgh Police Dept | Arresting Officer: Warnock, Ryan A. | |
| Complaint/Incident #: 13129741 | | |
| Case Local Number Type(s) | Case Local Number(s) | |

## STATUS INFORMATION

Case Status:  Closed

| Status Date | Processing Status | Arrest Date: 07/02/2013 |
|---|---|---|
| 04/15/2014 | Sentenced/Penalty Imposed | |
| 04/15/2014 | Awaiting Sentencing | |
| 09/27/2013 | Awaiting Non-Jury Trial | |
| 08/23/2013 | Awaiting Pre-Trial Conference | |
| 07/12/2013 | Awaiting Formal Arraignment | |
| 07/12/2013 | Awaiting Filing of Information | |

Complaint Date: 07/02/2013

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 08/23/2013 | 9:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 09/27/2013 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Scheduled |
| Motions Court | 12/05/2013 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Scheduled |
| Non-Jury Trial | 12/16/2013 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Continued |
| Non-Jury Trial | 02/10/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Continued |
| Non-Jury Trial | 03/05/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Moved |
| Non-Jury Trial | 04/15/2014 | 9:00 am | Courtroom 506 | Judge Kevin G. Sasinoski | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth:  07/19/1991        City/State/Zip:  Pittsburgh, PA  15208

Alias Name
Clark El, Will Ishmael
El, Will Clark

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | El, Will |

CPCMS 9082                                                                                                                              Printed:  10/05/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



Docket Number: CP-02-CR-0009303-2013
## CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania
v.
Will El

Page 2 of 5

### BAIL INFORMATION

**El, Will**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount |
|---|---|---|---|---|
| | | | Bail Posting Status | Posting Date |
| Set | 07/03/2013 | ROR | | $0.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | S | 18 § 5503 §§A4 | Disorder Conduct Hazardous/Physi Off | 07/02/2013 | G 598857-0 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
　Case Event　　　　　　　　　　　　　　Disposition Date　　　　　Final Disposition
　　Sequence/Description　　　　　　　Offense Disposition　　　　Grade　Section
　　　Sentencing Judge　　　　　　　　Sentence Date　　　　　　Credit For Time Served
　　　　Sentence/Diversion Program Type　　Incarceration/Diversionary Period　　Start Date
　　　　　Sentence Conditions

**Held for Court (Lower Court)**　　Defendant Was Present
　Lower Court Disposition　　　　　　　　　07/09/2013　　　　　　　Not Final
　　1 / Disorder Conduct Hazardous/Physi Off　　Held for Court (Lower Court)　　S　　18 § 5503 §§ A4

**Proceed to Court**
　Information Filed　　　　　　　　　　　　08/16/2013　　　　　　　Not Final
　　1 / Disorder Conduct Hazardous/Physi Off　　Proceed to Court　　S　　18 § 5503 §§ A4

**Guilty**
　Non-Jury Trial　　　　　　　　　　　　　04/15/2014　　　　　　　Final Disposition
　　1 / Disorder Conduct Hazardous/Physi Off　　Guilty　　　　　　　S　　18 § 5503 §§ A4
　　　Sasinoski, Kevin G.　　　　　　　　04/15/2014　　　　　　　1 Days
　　　　Confinement　　　　　　　　　　Other　　　　　　　　　　04/15/2014
　　　　　Defendant is sentenced to time served.
　　　　　Defendant is to pay a $50 fine.

CPCMS 9082　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 10/05/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



Docket Number: CP-02-CR-0009303-2013

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Will  El

Page 3 of 5

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** Julie Anne Motheral<br>Assistant District Attorney<br>**Supreme Court No:** 311389<br>**Phone Number(s):**<br>412-350-4407  (Phone)<br>**Address:**<br>Allegheny CO Da's Ofc<br>303 Courthouse<br>Pittsburgh, PA  15219 | **Name:** M. Celeste Whitefo Robertson, Esq.<br>*<br>Private<br>**Supreme Court No:** 085536<br>**Rep. Status:** Lower Court<br>**Phone Number(s):**<br>412-608-7133  (Phone)<br>608-713-3  (Phone)<br>412-391-8260  (Other)<br>412-566-2660  (Other)<br>**Address:**<br>428 Forbes Ave Ste 2210<br>Pittsburgh, PA  15219-1618<br>Representing: El, Will<br>*Entry of Appearance Not Filed* |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/03/2013 | | E-Filing Judge |
| Bail Set - El, Will | | | |
| 1 | 07/12/2013 | | Court of Common Pleas - Allegheny County |
| Original Papers Received from Lower Court | | | |
| 1 | 08/16/2013 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 2 | 08/16/2013 | | Allegheny County District Attorney's Office |
| Commonwealth Motion - Rule 582 - Joinder Rule | | | |
| 1 | 08/23/2013 | | Nard, Jason Elliot |
| Entry of Appearance | | | |
| 1 | 11/13/2013 | | Robertson, M. Celeste Whitefo |
| Omnibus Pre-Trial Motion | | | |
| 1 | 01/28/2014 | | Robertson, M. Celeste Whitefo |
| Motion to Suppress Evidence and Dismiss Charges | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



Docket Number: CP-02-CR-0009303-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Will  El

Page 4 of 5

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/14/2014 | | Nard, Jason Elliot |
| Motion to Suppress Evidence | | | |
| 1 | 03/24/2014 | | Robertson, M. Celeste Whitefo |
| Memorandum of Law | | | |
| 1 | 03/27/2014 | | Nard, Jason Elliot |
| Proposed Findings of Fact/Conclusions of Law | | | |
| 1 | 04/01/2014 | | Allegheny County District Attorney's Office |
| Proposed Findings of Fact/Conclusions of Law | | | |
| 1 | 04/15/2014 | | Sasinoski, Kevin G. |
| Guilty | | | |
| 2 | 04/15/2014 | | Sasinoski, Kevin G. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 04/24/2014 | | Court of Common Pleas - Allegheny County |
| Penalty Assessed | | | |

### PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 02-2014-P000005022 | Monthly | 06/23/2014 | Yes | $123.30 |
| El, Will | | | No | $11.64 |

| | Payment Plan History: | Receipt Date | Payor Name | Participant Role | Amount |
|---|---|---|---|---|---|
| | | 06/19/2014  Payment | El, Will | Defendant | $100.00 |

CPCMS 9082                                                                                                                                                       Printed: 10/05/2015

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

**DOCKET**



Docket Number: CP-02-CR-0009303-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Will El

Page 5 of 5

### CASE FINANCIAL INFORMATION

Last Payment Date: 06/19/2014                               Total of Last Payment: -$100.00

| El, Will<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Voucher Fee (Allegheny) | $5.70 | -$2.87 | $0.00 | $0.00 | $2.83 |
| Voucher Fee (Allegheny) | $5.70 | -$2.87 | $0.00 | $0.00 | $2.83 |
| Voucher Fee (Allegheny) | $5.70 | -$2.87 | $0.00 | $0.00 | $2.83 |
| Voucher Fee (Allegheny) | $5.70 | -$2.87 | $0.00 | $0.00 | $2.83 |
| ATJ | $3.00 | -$3.00 | $0.00 | $0.00 | $0.00 |
| CJES | $2.25 | -$2.25 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $8.25 | $0.00 | $0.00 | $0.00 | $8.25 |
| County Court Cost (Act 204 of 1976) | $30.50 | $0.00 | $0.00 | $0.00 | $30.50 |
| Court Technology Fee (Allegheny) | $5.00 | -$2.52 | $0.00 | $0.00 | $2.48 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | -$35.00 | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| JCPS | $10.25 | -$10.25 | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | -$8.00 | $0.00 | $0.00 | $0.00 |
| Record Management Fee (Allegheny) | $3.00 | -$1.49 | $0.00 | $0.00 | $1.51 |
| Record Management Fee (Allegheny) | $2.00 | -$1.01 | $0.00 | $0.00 | $0.99 |
| State Court Costs (Act 204 of 1976) | $8.25 | $0.00 | $0.00 | $0.00 | $8.25 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | -$25.00 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $173.30 | -$100.00 | $0.00 | $0.00 | $73.30 |
| **Fines** | | | | | |
| Title 18 - Payable to Municipality | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Fines Totals: | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Grand Totals: | $223.30 | -$100.00 | $0.00 | $0.00 | $123.30 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.