### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILL EL, an adult individual and BEYSHAUD EL, an adult individual, | ) ) | |
| Plaintiffs, | ) | Civil Action No. 2:15-cv-00834-NBF |
| v. | ) | |
| CITY OF PITTSBURGH, et al., | ) | Judge Nora Barry Fischer |
| Defendants. | ) | |

## <u>APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

Exhibit 1 — Dashcam video from S. Lawniczak patrol car (on disc provided to Court)

Exhibit 2 — Beyshaud El Deposition Excerpts

Exhibit 3 — Lieutenant Reyne Kascuta Deposition Excerpts

Exhibit 4 — Lieutenant Reyne Kascuta Suppression Testimony Excerpt

Exhibit 5 — Will El Deposition Excerpts

Exhibit 6 — Officer Ryan Warnock Deposition Excerpts

Exhibit 7 — Transcript of Criminal Court ruling

Exhibit 8 — Criminal Court Order Denying Suppression

Exhibit 9 — Selected General Orders

Exhibit 10 — Plaintiffs' Answer to Defendants' Interrogatory No. 9

Respectfully submitted,

LOURDES SÁNCHEZ RIDGE
City Solicitor

s/ Matthew S. McHale, Esq.
Matthew S. McHale, Esq. (Pa. ID No. 91880)
Associate City Solicitor
414 Grant Street
Pittsburgh, PA 15219
matthew.mchale@pittsburghpa.gov
*Counsel for Defendants City of Pittsburgh, Reyne Kacsuta, Ryan Warnock, and Frank Welling*