# Exhibit 1

Dashcam video from S. Lawniczak patrol car (on disc provided to Court)

(Video Siara Lawaniczak dash camera DVR 3531)