EXHIBIT 3

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - - - -

WILL EL, et al.            )
                           )
        Plaintiffs,        )
                           )
        vs.                ) Civil Action
                           ) No. 2:15-cv-834
THE CITY OF PITTSBURGH,)
et al,                     )
                           )
        Defendants.        )

- - - - -

VIDEOTAPED DEPOSITION OF COMMANDER REYNE KACSUTA

- - - - -

October 25, 2017

- - - - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

- - - - -

15

1          Commander R. Kacsuta - by Mr. Hollis

2      A.    In a car.

3      Q.    Okay.  And where were the El brothers?

4      A.    They came out of the corner market

5  Frankstown and Homewood.

6      Q.    Okay.  So that would be you would be

7  directly across the street from the El brothers?

8      A.    Yes.

9      Q.    Okay.  And you said you saw them coming

10 out of the market?

11     A.    Yes.

12     Q.    Did you see them going into the market?

13     A.    No.

14     Q.    Okay.  What did you see them doing as

15 they were leaving the market, and the market being

16 the One Stop Store; is that correct?

17     A.    Yes.

18     Q.    Okay.  What did you see them doing as

19 they were leaving the market?

20     A.    I saw them come out of the market.  I

21 saw Beyshaud with a foil object, a green foil

22 object in his hand.

23     Q.    Now, at that point was he facing you or

24 did he have his back to you?

25     A.    First they faced me, and then they made

1          Commander R. Kacsuta - by Mr. Hollis

2                You know, you've been a police officer

3     for 30 plus years; correct?

4          A.    Yes.

5          Q.    Okay.  So you're driving in a marked

6     unit; right?

7          A.    Yes.

8          Q.    Is it unusual that when people see

9     police cars they look at who's in them?

10         A.    No, that is not unusual.

11         Q.    Okay.  So the fact that he turned

12    around and he saw your car and he's watching you

13    as you're watching him, you regarded that as being

14    unusual?

15         A.    Yes.

16         Q.    Okay.

17         A.    Combined with all the factors that I

18    had, yes.

19         Q.    Okay.  Now, let's talk about the other

20    issue.  You said you got complaints about the

21    store selling synthetic marijuana?

22         A.    Yes.

23         Q.    Okay.  What was the nature of your

24    complaints?

25         A.    Detective Robert Pires, P-I-R-E-S, told

1        Commander R. Kacsuta - by Mr. Hollis
2   me that they were selling synthetic marijuana from
3   the store and that the -- it used to be a Kentucky
4   Fried Chicken across the street, that they were
5   storing the drugs there.  They would take them
6   across the street to the store and they would sell
7   them.
8            Detective -- another detective, Dan
9   Zeltner, also told me that they were selling
10  synthetic marijuana, and there were other
11  complaints just from regular citizens.
12       Q.    Synthetic marijuana being illegal?
13       A.    Yes.  At this time it was, yes.
14       Q.    At which time?  At the time that they
15  were selling it?  At the time that Mr. Pires told
16  you they were selling it?
17       A.    It was all in the same timeframe.  It
18  was illegal.
19       Q.    So when did Mr. Pires tell you that
20  they were selling synthetic marijuana?
21       A.    It was a very short timeframe before
22  this incident.
23       Q.    Well, do you recall?
24       A.    I don't recall the date.
25       Q.    If you said it was June, would that be

1          Commander R. Kacsuta - by Mr. Hollis

2   incorrect or would that be correct?

3        A.    I don't remember the date.

4        Q.    What independent investigation did you

5   take to determine that the store was or was not

6   selling synthetic marijuana?

7        A.    This investigation of the El brothers

8   and what they came out of the store with was the

9   first part.  That -- the stop of them was an

10  investigation of the store.

11       Q.    Did you ever go into the store to see

12  if they had synthetic marijuana on the shelves?

13       A.    No.

14       Q.    Okay.  Had you ever talked to any other

15  customers to determine if they, in fact, had seen

16  synthetic marijuana on the shelves?

17       A.    No.

18       Q.    Do you know what a confidential

19  informant is?

20       A.    Yes.

21       Q.    Have you ever worked with a

22  confidential informant?

23       A.    Yes.

24       Q.    What is a confidential informant?

25       A.    Someone who has information that they

1         Commander R. Kacsuta - by Mr. Hollis

2    are willing to share with us as the police to

3    conduct an investigation.

4         Q.    Okay.  Have you ever -- did you ever

5    use a confidential informant that would

6    potentially walk in the store and attempt to buy

7    synthetic marijuana?

8         A.    I did not.

9         Q.    Okay.  Did you ever say that you had

10   received any anonymous complaints that the store

11   was selling synthetic marijuana?

12        A.    There were anonymous complaints.  I

13   think there were complaints into like the

14   complaint center.

15        Q.    That the store was selling synthetic

16   marijuana?

17        A.    Yes.

18        Q.    And you -- you received those calls?

19        A.    No.

20        Q.    Okay.  Did you get the reports?  Do you

21   have the reports of the anonymous calls that were

22   made complaining --

23        A.    I --

24        Q.    Let me ask -- let me finish asking the

25   question.  Did you ever receive the reports of the

1          Commander R. Kacsuta - by Mr. Hollis

2    anonymous calls that were made complaining that

3    synthetic marijuana was being sold from that

4    store?

5          A.    I received the information from those

6    reports.  I don't know if I physically had the

7    reports.

8          Q.    Okay.  How did you receive the

9    information?

10         A.    Through other detectives and through

11   Detective Pires.

12         Q.    Okay.  Detective Pires is someone that

13   at one time worked for you; is that correct?

14         A.    No, he never worked for me.

15         Q.    Detective Pires is -- was at Zone 5

16   ever?

17         A.    Not when I was there as a lieutenant,

18   no.

19         Q.    Okay.  You never worked with Detective

20   Pires?

21         A.    I worked with him, but he never worked

22   for me.

23         Q.    Okay.  So when you met or when you were

24   associated with Detective Pires, what was your

25   rank?

24

1          Commander R. Kacsuta - by Mr. Hollis

2          A.     I think we were both detectives in the

3     narcotics unit.

4          Q.     Okay.  So what you're saying to me is

5     that he just gave you a blanket statement, and you

6     took his statement basically for the truth of the

7     matter, and you acted upon it without making an

8     independent investigation?

9          A.     No, that's not what I'm saying.

10         Q.     Okay.  Well, Detective Pires tells you

11    that the store is selling marijuana, synthetic

12    marijuana?

13         A.     Correct.

14         Q.     Right?  What do you do to confirm that

15    his statements are true?

16         A.     I know that there are other complaints.

17    I know that other detectives have told me,

18    including Dan Zeltner, that they were selling

19    synthetic marijuana there in the store.

20         Q.     Okay.  So -- so Dan Zeltner --

21              MS. CRESSLER:  I'm going to

22    object.  Please let her finish answering the

23    question.

24              MR. HOLLIS:  Sure.

25         Q.     Finish answering your question.

25

1        Commander R. Kacsuta - by Mr. Hollis

2        A.    So I watched and I saw the El brothers.

3        Q.    Okay.  So when did Dan Zeltner tell you

4    that the store was selling synthetic marijuana?

5        A.    It was all around -- I don't know the

6    specific date, but it was all around the same time

7    period as the stop of the El brothers.

8        Q.    The El brothers were stopped in

9    February; correct?

10       A.    No.  July.

11       Q.    I'm sorry.  July.  The El brothers were

12   stopped in July?

13       A.    Yes, sir.

14       Q.    All right.  You can't recall when you

15   spoke with Dan Zeltner to confirm whether his

16   statements were correct?

17       A.    No, I don't know the date.

18       Q.    You were the commander at that time;

19   correct?  Or the lieutenant of Zone 5?

20       A.    I was a shift lieutenant, yes.

21       Q.    Okay.  One of your job duties, of

22   course, would be to document information so that

23   you could determine crime patterns and things of

24   that sort; correct?

25       A.    No.

26

1          Commander R. Kacsuta - by Mr. Hollis
2          Q.    So your role is not to document -- your
3     role would not have been to document information
4     either as a -- as a sergeant or a lieutenant?
5          A.    No.  The detectives would have
6     documented things.
7          Q.    You were a detective at that time;
8     correct?
9          A.    No.  I was a lieutenant.
10         Q.    Okay.  But as a lieutenant, wouldn't it
11    be your responsibility to document what your
12    detectives are telling you?
13         A.    No.  I would not necessarily write down
14    or document what they -- they tell me.  They're
15    police officers.  They tell me they have sources
16    that are reliable, they have complaints.
17         Q.    What was Dan Zeltner's source that you
18    deemed to be reliable?
19         A.    I don't -- I don't know what Dan
20    Zeltner's source was.
21         Q.    What was Bobby Pires's source that you
22    deemed to be reliable?
23         A.    I don't know.  I don't know what his
24    source was.  I know that --
25         Q.    Did you ask him?

 1              Commander R. Kacsuta - by Mr. Hollis

 2                    MS. CRESSLER:  Objection.  She was

 3    not finished answering the question.

 4        A.    I know that both -- I know Bobby Pires

 5    had a lot of sources throughout the entire city,

 6    and I deemed his information to be valid.

 7        Q.    Without making any independent

 8    investigation on your own?

 9        A.    That's right.  Yes.

10        Q.    All right.  How many arrests for

11    synthetic marijuana did your department make out

12    of that store?

13        A.    I know of one.

14        Q.    Okay.  When was that?

15        A.    I don't -- I don't --

16        Q.    That would have been prior to this

17    incident?

18        A.    I'm not sure.  I'm not sure of the

19    date.

20        Q.    Would it have been prior to your arrest

21    of the El brothers?

22        A.    I don't know.  I know there was -- I

23    know there was one out of the store; I just don't

24    remember if it was before or after.

25        Q.    There was one out of the store?

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - - - -

WILL EL, et al.           )
                          )
        Plaintiffs,       )
                          )
        vs.               ) Civil Action
                          ) No. 2:15-cv-834
THE CITY OF PITTSBURGH,)
et al,                    )
                          )
        Defendants.       )

- - - - -

VIDEOTAPED DEPOSITION OF COMMANDER REYNE KACSUTA

- - - - -

October 25, 2017

- - - - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

- - - - -

23

1          Commander R. Kacsuta - by Mr. Hollis

2    anonymous calls that were made complaining that

3    synthetic marijuana was being sold from that

4    store?

5          A.    I received the information from those

6    reports.  I don't know if I physically had the

7    reports.

8          Q.    Okay.  How did you receive the

9    information?

10          A.    Through other detectives and through

11    Detective Pires.

12          Q.    Okay.  Detective Pires is someone that

13    at one time worked for you; is that correct?

14          A.    No, he never worked for me.

15          Q.    Detective Pires is -- was at Zone 5

16    ever?

17          A.    Not when I was there as a lieutenant,

18    no.

19          Q.    Okay.  You never worked with Detective

20    Pires?

21          A.    I worked with him, but he never worked

22    for me.

23          Q.    Okay.  So when you met or when you were

24    associated with Detective Pires, what was your

25    rank?

26

1          Commander R. Kacsuta - by Mr. Hollis
2          Q.     So your role is not to document -- your
3     role would not have been to document information
4     either as a -- as a sergeant or a lieutenant?
5          A.     No.  The detectives would have
6     documented things.
7          Q.     You were a detective at that time;
8     correct?
9          A.     No.  I was a lieutenant.
10         Q.     Okay.  But as a lieutenant, wouldn't it
11    be your responsibility to document what your
12    detectives are telling you?
13         A.     No.  I would not necessarily write down
14    or document what they -- they tell me.  They're
15    police officers.  They tell me they have sources
16    that are reliable, they have complaints.
17         Q.     What was Dan Zeltner's source that you
18    deemed to be reliable?
19         A.     I don't -- I don't know what Dan
20    Zeltner's source was.
21         Q.     What was Bobby Pires's source that you
22    deemed to be reliable?
23         A.     I don't know.  I don't know what his
24    source was.  I know that --
25         Q.     Did you ask him?

28

1            Commander R. Kacsuta - by Mr. Hollis

2        A.    Yes.

3        Q.    Okay.  Were you a part of that arrest?

4        A.    No.

5        Q.    Who was?

6        A.    Dan Zeltner.

7        Q.    Okay.  So you saw that report?

8        A.    Yes.

9        Q.    Okay.  As the commander, would you have

10   signed off on that arrest?

11        A.    I was not the commander.

12        Q.    I'm sorry.  As the -- as the -- I

13   thought you --

14        A.    I was a lieutenant.  I was a lieutenant

15   in Zone 5.

16        Q.    Okay.  As the lieutenant, would you

17   have signed off on that report?

18        A.    No.

19        Q.    Would you have reviewed that report?

20        A.    No.

21        Q.    Who would have?

22        A.    Depending on when it was written, a

23   sergeant may have; and if he made an arrest, there

24   would be personnel who work at our warrant office

25   who would have signed off on that report.

1          Commander R. Kacsuta - by Mr. Hollis
2    One Stop Store to determine if they, in fact, had
3    synthetic marijuana?
4          A.    No.
5          Q.    Okay.  Now, you said that you worked --
6    you worked in narcotics in the past; is that
7    correct?
8          A.    Yes.
9          Q.    Okay.  And is it my understanding that
10   when you're attempting to determine whether
11   someone's selling a controlled substance there are
12   several things that you could do to make that
13   confirmation before you execute a search warrant
14   or you arrest a person; is that correct?
15         A.    Yes.
16         Q.    Okay.  What are some of those things
17   that you could possibly -- that you could possibly
18   do?
19         A.    Stop people who are leaving the
20   location with the drugs in their hand.
21         Q.    Okay.  What about using controlled
22   buys?
23         A.    That is possible, yes.
24         Q.    What is a controlled buy?
25         A.    A controlled buy is when you send

1          Commander R. Kacsuta - by Mr. Hollis
2     either an undercover officer or a confidential
3     informant in to make a buy for you to buy the
4     substance to establish probable cause for a search
5     warrant.
6          Q.    Okay.  Did you have probable cause to
7     execute a search warrant at the One Stop Store?
8          A.    No, I don't think so.
9          Q.    Okay.  What would you have needed to
10    obtain probable cause?
11         A.    A controlled buy or someone coming out
12    of the store with the illegal substance.
13         Q.    Did you have officers that were under
14    your command that worked vice details or
15    narcotics?
16         A.    Yes.
17         Q.    Who would those officers be?
18         A.    Dan Zeltner was one of them.  They
19    didn't work directly for me, they worked for the
20    commander, but we would communicate often.  So I
21    wasn't their direct chain of command, but they
22    worked -- if they were out and they had issues
23    they -- they could come to me.  I can't remember
24    who else.  Vic DiSanti was one of them, Tom Nee.
25    I don't remember the rest of the detectives'

32

1          Commander R. Kacsuta - by Mr. Hollis

2     names.

3          Q.    And as their commander, you had the --

4     the power and the authority to ask them to do

5     controlled buys or to possibly use confidential

6     informants if you believed that the store was

7     selling illegal drugs; is that correct?

8          A.    I was not the commander.  I was the

9     lieutenant.  And they did not work directly for

10    me.  I did not supervise their day-to-day

11    activities.

12         Q.    Did you have the ability to ask them to

13    perform buys or to use confidential informants to

14    determine if illegal drugs were being sold from

15    that store?

16         A.    Yes.  We could have discussed that

17    tactic, but they were the ones that told me, Dan

18    Zeltner, one of the detectives, was the one who

19    told me they were selling synthetic marijuana from

20    the store.

21         Q.    Right.  So you could have said, hey,

22    why don't you perform some controlled buys, or why

23    don't you get a CI into the store.  Let's see, in

24    fact, if we can, you know, get some additional

25    evidence other than what you're telling me?

33

1          Commander R. Kacsuta - by Mr. Hollis

2     A.    That's speculation on what could have

3 happened.

4     Q.    What I asked you was a specific

5 question.  Could you have done that?

6              MS. CRESSLER:  And I will object

7 to the form.

8              MR. HOLLIS:  Thank you.

9     Q.    Could you have done that?

10              MS. CRESSLER:  If she can answer,

11 she can, but I will object to the form.  You are

12 asking for speculation.

13     Q.    Could you have done that?  Could you

14 have used one of those individuals to send in a

15 confidential informant or perform a controlled buy

16 to determine if the store was selling illegal

17 synthetic marijuana?

18     A.    Your question calls for a significant

19 amount of speculation, and that would be

20 speculating that we had a confidential informant

21 who would be willing or able to do that.  You're

22 calling for a ton of speculation on that that I

23 can't specifically answer.

24              The detectives who worked in the zone

25 are the ones who told me they were selling

1            Commander R. Kacsuta - by Mr. Hollis
2    synthetic marijuana.  That would lead me to
3    believe that they were doing some sort of
4    investigating.
5         Q.    Wouldn't that be an assumption?
6              MS. CRESSLER:  Objection.  She's
7    still answering the question.
8         Q.    Wouldn't that be an assumption, ma'am?
9              MS. CRESSLER:  Objection.  She
10   didn't get to finish answering the question.
11             MR. HOLLIS:  I thought she did
12   answer the question.
13        A.    That would lead me to believe that they
14   were conducting an investigation.  We were having
15   a discussion about the illegal activity at the
16   store and trying to get enough probable cause to
17   get a search warrant.
18        Q.    So you had a conversation about -- a
19   conversation with Dan Zeltner concerning his
20   investigation of the One Stop Store?
21        A.    No.  We discussed and he told me that
22   they were selling synthetic marijuana.  What the
23   rest of that conversation was I don't remember.
24        Q.    And you don't -- you didn't think that
25   it was important to ask him how those drugs were

35

1        Commander R. Kacsuta - by Mr. Hollis
2  being sold?
3        A.    I -- I don't know what you mean how --
4  how they were being sold.
5        Q.    Yeah, how were they being sold.  How
6  were the customers obtaining the synthetic
7  marijuana, where was the synthetic marijuana kept,
8  you know, important details regarding the sale of
9  the synthetic marijuana that you believed was
10 being sold out of that store.
11       A.    Those would have been details for Dan
12 to follow up on with his investigation.
13       Q.    But I'm asking you about your
14 investigation.
15       A.    I didn't conduct an investigation.
16       Q.    Well, you said that one of the -- the
17 things that you could do that would be relative to
18 an investigation is arresting people who walk out
19 of the store with illegal drugs.  You said that;
20 right?
21       A.    Yes.
22       Q.    Okay.  You also said that Dan Zeltner
23 was performing an investigation, and you assumed
24 that based upon the information that he gave you;
25 correct?

1           Commander R. Kacsuta - by Mr. Hollis

2       A.     Yes.

3       Q.     Okay.  So my question to you is didn't

4  you think that it was important to ask Dan Zeltner

5  about the specific details regarding his

6  investigations?

7       A.     No.

8       Q.     Okay.  And as a commander, you don't

9  think that -- you didn't think that was important?

10      A.     I was not a commander.

11      Q.     As a lieutenant, you didn't think that

12  was important?

13      A.     No.

14      Q.     Okay.  Was Dan Zeltner a part of the

15  Zone 5 Police Station?

16      A.     Yes.

17      Q.     Okay.  And you outranked him; is that

18  correct?

19      A.     Yes.

20      Q.     Okay.  And Bobby Pires, was he also a

21  part of the Zone 5 Police Station?

22      A.     No.

23      Q.     Okay.  What was his rank?

24      A.     He's a detective.

25      Q.     Okay.  And where was he located?

38

```
 1          Commander R. Kacsuta - by Mr. Hollis
 2    It was a closed business.  It was not open to the
 3    public.
 4          Q.    Were any search warrants executed
 5    either on the One Stop Store or the KFC for
 6    synthetic marijuana?
 7          A.    I don't know.
 8          Q.    Did you ever say that you knew the
 9    store was selling synthetic marijuana?
10                MS. CRESSLER:  Object to the form
11    of the question.
12          Q.    Did you ever make the statement during
13    the course of the -- the suppression hearing that
14    you knew the One Stop Store was selling synthetic
15    marijuana?
16          A.    I don't know.  I don't know if that was
17    my statement.  The information I had is the
18    information I gave you.
19          Q.    Would you do me a favor?  Would you
20    please look at what's been marked as CITY-EL86.
21    Take a look at the -- the first paragraph where it
22    reads, "The fact I knew they sold synthetic
23    marijuana in this store, that a detective who had
24    been a narcotics detective for over 25 years told
25    me personally they were selling synthetic
```

1           Commander R. Kacsuta - by Mr. Hollis

2    marijuana."

3               Does that refresh your recollection as

4    to what you said on that day during the course of

5    that suppression hearing?

6                     MS. CRESSLER:  And I'm going to --

7    I'm sorry.  Just briefly, I'm going to object to

8    the context.  I'd ask that be just she be allowed

9    to read the question immediately prior to this --

10                     MR. HOLLIS:  Oh, absolutely.

11                     MS. CRESSLER:  -- that she was

12    answering.

13                     MR. HOLLIS:  Sure.  Absolutely.

14                     MS. CRESSLER:  Okay.  And if you

15    believe that you understand the context of the

16    question, then please answer.

17        A.    The context of this question seems to

18    be -- the immediate question is him looking over

19    his shoulder when you were following him.

20        Q.    Your response on EL86, it says, "The

21    fact I knew they sold synthetic marijuana in this

22    store, that a detective who had been a narcotics

23    detective for over 25 years told me personally

24    they were selling synthetic marijuana, the

25    consistency of the packaging with it being a foil

1          Commander R. Kacsuta - by Mr. Hollis

2          Q.    But you -- you told me that at the

3    point that you requested to speak with them that

4    they were free not to talk with you; correct?

5          A.    They were -- I'm --

6          Q.    They didn't have to talk with you if

7    they didn't want to?

8          A.    Beyshaud, I -- I was focused on

9    Beyshaud because he had the item at that point.

10   So I believed it was synthetic marijuana, and it

11   was going to be an investigatory detention to

12   determine whether or not he had synthetic

13   marijuana.

14         Q.    So what made you believe that it was

15   synthetic marijuana, ma'am?

16         A.    All the factors that I have previously

17   testified to.

18         Q.    Well, what about the item itself?  What

19   about the foil item that you said drew your

20   attention, that was a colorful foiled item?

21         A.    Yes.  It was a green foiled item.

22         Q.    Well, is it fair to presume that a

23   convenience store would sell a lot of green

24   colorful foiled objects?

25                    MS. CRESSLER:  Object to the form

51

1          Commander R. Kacsuta - by Mr. Hollis

2     of the question.

3          Q.    Is it unusual that a convenience store

4     would sell colorful foiled objects?

5          A.    I -- I don't know.

6          Q.    Okay.  And you had never effectuated an

7     arrest prior to this for synthetic marijuana; is

8     that correct?

9          A.    That's correct.

10         Q.    So how did you even know what synthetic

11    marijuana looked like?

12         A.    Because I had seen pictures of it,

13    because I had talked to other detectives.  I don't

14    remember if I was at a training, I don't know, but

15    as new drugs come onto the market, you are either

16    trained, whether it's through an e-mail or

17    whatever, to know what they look like.

18         Q.    Did you have the pictures on you at the

19    time that you effectuated the stop on William and

20    Beyshaud El?

21         A.    No.

22         Q.    What other detectives did you speak

23    with that shows you pictures of the synthetic

24    marijuana that you speak of right now?

25         A.    I didn't say that I spoke to -- that

52

1          Commander R. Kacsuta - by Mr. Hollis
2     the detectives showed me pictures.  I knew what it
3     looked like from -- it's kind of common when new
4     drugs come out that you're sent an e-mail or you
5     -- you hear about it through training and you see
6     pictures, whether it's in a training.  I don't
7     remember specifically if I saw them in a training,
8     if as other officers were speaking about synthetic
9     marijuana I looked it up, they told me about it.
10    It was all those factors together so that I knew
11    what it looked like.
12         Q.    Okay.  And what did it look like?  It
13    was just a colorful foiled item; correct?
14         A.    Yes.
15         Q.    Okay.  Was it long?  Was it circular?
16    Was it rectangular?
17         A.    It would be more square or rectangular.
18    It comes in a couple different shapes.
19         Q.    Uh-huh.  And you said that you had
20    received prior complaints.  Did I ask you when you
21    received those prior complaints?
22         A.    I don't know if you asked me that
23    question or not.
24         Q.    Okay.  When did you receive those prior
25    complaints that the store was selling synthetic

1          Commander R. Kacsuta - by Mr. Hollis

2     proceed.

3     BY MR. HOLLIS:

4          Q.     So at the time that you changed the

5     direction of your vehicle and you made contact

6     with Will and Beyshaud El, at that point you

7     decided you were going to stop them?

8          A.     Yes.

9          Q.     Okay.  And you told both individuals

10    that there was a nice curb and they should sit

11    down?

12         A.     Okay.  You -- I'm confused.  Can you

13    say your question again?

14         Q.     You told both individuals that there

15    was a nice curb in front of them and that they

16    should sit down?

17         A.     You referenced turning the car around.

18    That's where I'm confused.

19         Q.     You turned the car around.  You made

20    contact with Will and Beyshaud El; is that

21    correct?

22         A.     Yes.  I turned the car around.  I made

23    the right turn onto North Homewood.  When I got

24    past the pickup truck and I could finally see them

25    again, I got out and at that point had them stop.