

EXHIBIT 4            ~~Exhibit 5~~xxxxx  1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PA<br><br>      vs<br><br>BEYSHAUD EL,<br><br>      Defendant.<br>------------------------<br>COMMONWEALTH OF PA<br><br>      vs<br><br>WILL EL,<br><br>      Defendant. | CRIMINAL DIVISION<br><br>CC 201309305 (Beyshaud El)<br>CC 201309303 (Will El)<br><br>SUPPRESSION HEARING<br><br>REPORTED BY:<br>Jane E. Sporrer<br>Official Court Reporter<br><br>DATE:<br>March 5, 2014<br><br>JUDGE:<br>Hon. Kevin G. Sasinoski<br><br>COUNSEL OF RECORD:<br><br>For the Commonwealth:<br>Kristen Pauli, Esq.<br><br>For Defendant Beyshaud El:<br>Celeste Whiteford Robertson, Esq.<br><br>For Defendant Will El:<br>Jason Nard, Esq. |

EXHIBIT
PHs1
5
10-25-17 SM

Appendix 1

following him?

A. The fact I knew they sold synthetic marijuana in this store, that a detective who had been a narcotics detective for over 25 years told me personally they were selling synthetic marijuana, the consistency of the packaging with it being a foil package.

Q. When did he tell you that?

A. Maybe -- it was probably in June. It wasn't too much before.

Q. Why not investigate the store if they were selling marijuana? Why not investigate the store?

    MS. PAULI: Objection, Your Honor, to relevance.

    THE WITNESS: I am investigating the --

    THE COURT: Why not investigate the store?

    MS. WHITEFORD: She knows they are selling.

    THE COURT: She had a reasonable suspicion, perhaps, that they were, but that wasn't her task apparently. She is a supervisor. And as to relevance to this incident, I will sustain the objection. It is not relevant to what happened here.