EXHIBIT 6

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - - - -

WILL EL, et al.            )
                           )
          Plaintiffs,      )
                           )
          vs.              ) Civil Action
                           ) No. 2:15-cv-834
THE CITY OF PITTSBURGH,)
et al,                     )
                           )
          Defendant.       )

- - - - -

VIDEOTAPED DEPOSITION OF OFFICER RYAN WARNOCK

- - - - -

October 24, 2017

- - - - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

- - - - -

64

```
1           Officer Warnock - by Mr. Hollis
2      A.    Yes, he did.
3      Q.    All right.  Is that a --
4      A.    That is actually -- he grabbed his
5  wrist.  He grabbed his left wrist.  I didn't see
6  him grab his neck.  What he did was he pushed him
7  on his chest from -- he -- he grabbed his left arm
8  with his right arm and pushed him on his chest
9  backwards.
10     Q.    All right.  And we already indicated or
11 you already indicated in your prior testimony that
12 he initiated contact?
13     A.    Physical contact, yes.
14     Q.    Okay.  And as soon as Will El hit the
15 back of the storefront wall, immediately
16 thereafter you see Beyshaud El stand up; is that
17 correct?
18     A.    Correct.
19     Q.    All right.  And is that when you
20 deployed your taser?
21     A.    That's when I -- that's when I
22 unholstered it, and I -- I was given a verbal --
23 verbal commands, and then once I saw his arm come
24 back, he was coming back in a punching motion, and
25 then I decided, okay, he's -- he's going to punch
```

65

1            Officer Warnock - by Mr. Hollis
2    Frank in the back of the head.
3        Q.    Okay.  So let's go back.  Now, we can
4    agree that Frank Welling was directly in front of
5    both Beyshaud El and Will El; is that correct?
6        A.    No.  It wouldn't have been directly in
7    front of him.  So Will El -- Will El is here
8    (indicating), and Frank is actually off to not
9    quite a 45-degree angle to his right.
10       Q.    Let me make it a full screen.
11       A.    Okay.
12       Q.    It might make it a little bit easier.
13   Okay.  Re-explain, please.
14       A.    So at this point he's sitting down here
15   (indicating).  Frank is standing here
16   (indicating).  This is -- it's -- it appears in
17   the video that he's kind of across from him but
18   it's actually -- it's little bit more than it
19   would be like a 45-degree angle away from him.
20       Q.    Okay.  Let's play the video.  So you
21   see Will El is about to hit the back of the
22   storefront wall; is that correct?
23       A.    Right.
24       Q.    And at that point you see Beyshaud El
25   stand?

68

1          Officer Warnock - by Mr. Hollis
2  remove the hand of Frank Welling -- I think this
3  is broken.
4          Did you -- did you see Officer Frank
5  Welling place his hand on the chest of Beyshaud
6  El?
7      A.   I did not.  But to answer your question
8  before that, if -- if his idea of removing his
9  hand is by punching him, then -- then that would
10 be what it is.  He took a swing at Frank, but I
11 didn't see him doing anything else.
12     Q.   Now, do you -- I'll make this view,
13 make this bigger.  You said that Beyshaud El
14 attempted to punch Frank Welling in the back of
15 the head.
16     A.   Uh-huh.
17     Q.   All right.  I know it appears to be
18 somewhat blurry, but just in front of Frank
19 Welling appears to be Beyshaud El's hand.  Do you
20 see that?
21     A.   Right.
22     Q.   Okay.  Can you agree with me that that
23 is not the back of the head of Frank Welling?
24     A.   So the -- like I said, with this angle
25 he is actually about 2 1/2 feet to Frank's left.

69

1          Officer Warnock - by Mr. Hollis
2    So when the -- when the -- when his arm was back
3    and then he comes up, it would have been the back
4    of Frank's head.  At this point he had already
5    missed, and I'm -- I'm sure within milliseconds
6    after is when he got hit with the taser.
7          Q.    So you do agree that the video
8    interpretation is what we have that's -- that's
9    our record of the facts at this point?
10         A.    Right.  Yeah.  Like I said, I'm only
11   testifying to what I remember, what I know about
12   this video.  I'm -- that's why I'm trying to give
13   you accurate information as to where they were
14   standing.
15         Q.    I understand.  But I'm only asking you
16   with respect to what -- what's transpiring --
17         A.    Sure.
18         Q.    -- in this video --
19         A.    Sure.
20         Q.    -- because I wasn't there.
21         A.    At this point he had already missed the
22   punch, and he may have already been hit with the
23   taser but it's about to take effect.
24         Q.    Okay.
25         A.    Shortly after here.

72

1             Officer Warnock - by Mr. Hollis
2        Q.    What is -- were you trained in the use
3   of a taser?
4        A.    Yes.
5        Q.    All right.  And what is the approximate
6   voltage that that X26 would --
7        A.    I'm -- I'm not an expert in tasers.
8   You would need an expert to talk about that or --
9   or let me review a manual or something like that.
10  I'm not sure.
11       Q.    Would you have known it when you took
12  your training class?
13       A.    Yes, it is in the class.
14       Q.    Would you have been required to know
15  it?
16       A.    No.
17       Q.    All right.  Are there particular places
18  on a person's body that you were trained not to --
19  not to target when you're --
20       A.    Yes.
21       Q.    -- deploying a taser?  What parts would
22  those be?
23       A.    Sensitive areas like the face.  Well,
24  there's different zones.  There's green, green
25  and -- you know, red zones would be areas that you

73

1          Officer Warnock - by Mr. Hollis

2     should never or not shoot.

3          Q.    What are red zones?

4          A.    Which would be like groin, face, head,

5     back of the head, neck area, and I think -- I

6     think that's it for like areas that -- that are

7     red on the -- on the -- as far as the

8     demonstration purposes would go.

9          Q.    Okay.  What are the green areas?

10         A.    The large muscle groups of the body.

11    So like the -- the big portion of your leg,

12    your -- your upper portion to include your

13    hamstring, the side of -- the side of your leg,

14    the -- the thigh area, the back, the stomach,

15    above the groin, groin box area.

16         Q.    Was that the chest?

17         A.    No.

18         Q.    Is the chest a green area?

19         A.    I don't -- I don't believe it is a

20    green area.

21         Q.    Okay.  And where did you strike

22    Beyshaud at with your taser?

23         A.    I believe it would have been like

24    the -- I think one prong hit the lower portion of

25    his back and one prong hit like the mid portion of

74

1        Officer Warnock - by Mr. Hollis

2    his back.

3        Q.    So you deployed your taser twice?

4        A.    No.  No.  You shoot it once.  It has

5    two prongs and that's how it connects the charge.

6        Q.    And how long -- how long does the

7    charge last?

8        A.    It is -- so you can -- you can shut

9    them off early, but if you pull the trigger one

10   time, it cycles for one five-second cycle.

11       Q.    Okay.  And when you deployed your

12   taser, how long did it cycle?

13       A.    It was one five-second cycle.

14       Q.    Is that what appears to be Lieutenant

15   Kacsuta pushing you into the -- I guess into the

16   scene?

17       A.    I believe what she did actually was she

18   -- she grabbed my -- I think she grabbed my

19   handcuffs.  My handcuff placement would have

20   been -- I had two sets of cuffs.  One would be on

21   the right side, one would be on my left side, and

22   I think what she did was she grabbed a set, and

23   then she may have -- she may have nudged me in

24   just so that no one else got -- had crossed over

25   my wires.

96

1              Officer Warnock - by Mr. Hollis

2         A.     Uh-huh.

3         Q.     You referred to the -- the exhibit.

4         A.     Right.

5         Q.     And you indicated that Exhibit A was a

6    black taser cartridge; correct?

7         A.     Yes.

8         Q.     All right.  But you didn't indicate

9    that there were any other pieces of evidence?

10        A.     So I don't know -- I did not -- so like

11   I -- like I explained to you before, when you drop

12   someone off at the Allegheny County Jail, you

13   would typically do your paperwork here.  So I

14   believe that after the arrest Frank Welling and I

15   took Will El to the Allegheny County jail and

16   another officer took Beyshaud El to the hospital

17   because that was the policy, the policy if someone

18   gets shocked with a taser, they have to go get

19   medical clearance.  So this says that the report

20   was generated at 1627 hours on that date.

21        Q.     What time is that in -- in regular

22   time?

23        A.     That would be 4:20 and 49 seconds is

24   what it says.  I didn't have custody of Beyshaud.

25        Q.     I'm not asking you whether you had

97

1          Officer Warnock - by Mr. Hollis

2   custody of Beyshaud.

3        A.     Right.

4        Q.     I'm not asking you if you had custody

5   of Will El.  I'm asking you relevant to the

6   evidence or the additional things that you, you as

7   the constable, are responsible for collecting --

8        A.     Uh-huh.

9        Q.     -- you did not collect the personal

10  items that belonged to either Beyshaud El or Will

11  El; is that correct?

12       A.     No, I didn't.

13       Q.     Okay.  However --

14       A.     That doesn't mean someone else didn't.

15       Q.     Let me ask --

16       A.     But I did not.

17       Q.     Let me ask the question.  But your role

18  as the constable was to do just that, was to

19  collect the personal items and all of the evidence

20  related to this case?

21       A.     No.

22       Q.     Okay.  Whose job was it?

23       A.     If -- if someone else had taken custody

24  of Beyshaud and taken him to the hospital and he

25  had property on them that wouldn't be allowed in

98

1          Officer Warnock - by Mr. Hollis
2    the ACJ, the Allegheny County Jail, or if he had
3    property on him that would have went to someone
4    else, that would have been their responsibility,
5    not mine.
6          Q.    A fair response.
7          A.    And then they should have done a report
8    on it.
9          Q.    A fair response.
10         A.    Okay.
11         Q.    What about the property that would have
12   been laying on the ground, would that have been
13   your responsibility as the constable to collect
14   those items?
15         A.    If -- if they had property on them that
16   was not --
17         Q.    Not on them.  On the ground.
18         A.    Okay.  Either/or.  It's --
19         Q.    So if you see property on the ground,
20   is it your responsibility to collect it to
21   properly identify it to make sure that, you know,
22   it's part of your report?
23         A.    If it's theirs and it's not contraband
24   and they're going to the Allegheny County Jail, it
25   would go back on their person, either in their

99

1              Officer Warnock - by Mr. Hollis
2    pocket or in a bag, in a property bag with them.
3    We -- we don't take custody of personal items when
4    someone's arrested.
5         Q.    Okay.
6         A.    As long as it's not illegal.
7         Q.    Okay.  So did you -- did you see any
8    marijuana laying on the ground?
9         A.    No.
10        Q.    Did you see any weapons laying on the
11   ground?
12        A.    No.
13        Q.    Did you see any licenses or personal
14   forms of identification laying on the ground?
15        A.    I don't recall that.
16        Q.    Okay.  Would that have been your job --
17              So is that a yes or a no?
18        A.    I -- I don't recall seeing anybody's
19   license on the ground.
20        Q.    Did you look?
21        A.    I would have looked, yes.
22        Q.    Okay.  So you've indicated that you no
23   longer work for the City of Pittsburgh Police
24   Department; is that correct?
25        A.    Correct.

1           Officer Warnock - by Mr. Hollis

2        Q.    All right.  When did you terminate your

3   employment with the City of Pittsburgh Police

4   Department?

5        A.    In 2015.

6        Q.    Okay.  Why did you terminate your

7   employment?

8        A.    Because I had gotten another job.

9        Q.    Okay.  And that job was where?

10        A.    Pleasant Hills.

11        Q.    Okay.  As a police officer?

12        A.    Yes, sir.

13        Q.    Okay.  And I'm not sure if I asked you

14   this question, but were you responsible for taking

15   either Beyshaud El or Will El to either the

16   Allegheny County Jail or the hospital?

17        A.    Yes.

18        Q.    Okay.  Who -- who did you take custody

19   of?

20        A.    We took -- so we still -- Frank Welling

21   and myself, we took Will El to the Allegheny

22   County Jail.

23        Q.    Okay.  And who took custody of Beyshaud

24   El?

25        A.    Officer Lawniczak transported Beyshaud