# EXHIBIT 7

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

                                      CC NO. 2013-09305
                                      CC NO. 2013-09303

    vs.

                                      NON-JURY TRIAL

**BEYSHAUD EL**
WILL EL                               BEFORE THE HONORABLE:
                                      **KEVIN SASINOSKI**

        Defendants.

                                      Date: **April 15, 2014**

                                      REPORTED BY:
                                      **TERESA M. BENSON**
                                      OFFICIAL COURT REPORTER

                            **COUNSEL OF RECORD:**

                            FOR THE COMMONWEALTH:
                            **KRISTEN PAULI, A.D.A.**

                            FOR DEFENDANT BEYSHAUD EL:
                            **JASON NARD, ESQ.**

                            FOR DEFENDANT WILL EL:
                            **CELESTE WHITEFORD, ESQ.**



TERESA M. BENSON, OFFICIAL COURT REPORTER

1           MS. WHITEFORD:  I disagree that they
2      were ever going to be free to go.
3           THE COURT:  Well, you're making an
4      argument that's not a legal argument.
5      You're making an argument which is a
6      societal comment, and I can't respond to
7      your commentary.
8           I have -- I just can't respond, and I
9      won't respond to it.
10          MS. WHITEFORD:  I didn't see a punch.
11          THE COURT:  I did.  And I'm the
12     factfinder.  It is obvious that one of
13     them wound up and took a swing at the
14     officer.  That punch is clear.  I have
15     seen it time and time again.
16          Your other witness showed -- she said
17     she was at the end by that church sign
18     where an officer pulled a baton.  I have
19     watched this film at least maybe a half
20     dozen times.  I haven't seen an officer in
21     the area of that church on the sidewalk 50
22     feet away pull out a baton and threaten
23     anyone, let alone the defense witness who
24     came in today who is related to the two
25     Defendants.  I just didn't see that.

TERESA M. BENSON, OFFICIAL COURT REPORTER

1      I could watch it over and over and
2      over, unless there is more.  I'm sure that
3      if there was another tape, you would have
4      presented it and showed it to me.
5          Bring your clients forward, please.
6          MR. NARD:  Your Honor, while we are
7      doing that, I would point out for the
8      record two things.
9          One, the video showed Mr. Will El, my
10     client, getting up one time and that's
11     when he was attacked.
12         THE COURT:  Three times perhaps
13     collectively, if I misspoke.  There were
14     at least three times that I saw someone --
15     one of the two gentlemen get up as they
16     were seated.  They were very animated.  It
17     was obvious they were having a very
18     animated discussion, gesturing, reaching
19     for the sidewalk, throwing things on the
20     sidewalk, picking them up.
21         It was obvious that they disregarded
22     the police commands to just remain there
23     until she had an opportunity to
24     investigate.  That's what is obvious to me
25     in the video.

TERESA M. BENSON, OFFICIAL COURT REPORTER

1    And accordingly, at CC 2013-09303, at
2    the matter of the Commonwealth versus Will
3    El, I find you guilty of disorderly
4    conduct.
5        And at CC 2013-09305 on the harassment
6    count, I found Mr. Beyshaud El guilty of
7    harassment.
8        What would you like to say before I
9    impose sentence on behalf of Mr. Will El?
10       MR. NARD:  Your Honor, I would state
11   that with this in mind, Mr. Will El did
12   spend, I believe, a night or two in ACJ.
13   He also had to receive medical attention.
14       I would ask that Your Honor consider
15   imposing either a fine or I would actually
16   impose a no further penalty is what I
17   would request.
18       THE COURT:  Anything that you would
19   like to say, Mr. El?
20       DEFENDANT WILL EL:  No.
21       THE COURT:  Anything from the
22   Commonwealth?
23       MS. PAULI:  It is at your discretion,
24   Your Honor.
25       THE COURT:  So how many days was he in