EXHIBIT 8

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENSYLVANIA

    vs.                                    CC201309305

BEYSHAUD EL,

        Defendant

---

COMMONWEALTH OF PENSYLVANIA

    vs.                                    CC201309303

WILL EL,

        Defendant

### ORDER OF COURT

AND NOW, to-wit, this _1st_ day of April, 2014, it is hereby ORDERED that defendants, Beyshaud El and Will El's, Motion to Suppress Evidence and Dismiss Charges is hereby DENIED.

BY THE COURT:

_____ J.

FILED
2014 APR -3 PM 4: 19
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Exhibit D

